490 A.2d 832

**Robert DOLENTE and Kathleen Dolente, Appellants,**

**v.**

**COMMONWEALTH of Pennsylvania and Medical Professional Liability Catastrophe Loss Fund and Thomas J. Judge, Sr., Director.**

Supreme Court of Pennsylvania.

Argued April 16, 1985.

Decided April 23, 1985.

August J. Lacko, Philadelphia, for appellants.

Maura A. Johnston, Deputy Atty. Gen., for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM.

Orders affirmed.